UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-127-FDW

| | |
|---|---|
| **GEORGE VICTOR STOKES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **K. JOHNSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on March 11, 2016. On July 19, 2016, this Court entered an Order directing service of process on various Defendants and instructing the Clerk's office to mail summons forms to Plaintiff to be returned to the Clerk for service of process by the U.S. Marshal. (Doc. No. 7). Plaintiff did not return any summons forms to the Clerk. On September 22, 2016, a second copy of the Court's Order was mailed to Plaintiff. Plaintiff has still not returned the summons forms to the Court. Furthermore, the envelope attached to a pro se letter from Plaintiff to the Court dated September 21, 2016, indicates that Plaintiff is currently incarcerated at Lanesboro Correctional Institution in Polkton, North Carolina. (Doc. No. 8-1). Plaintiff did not, however, notify the Court of his updated address, despite his obligation to do so.

The Clerk is therefore instructed to mail summons forms to Plaintiff at Lanesboro Correctional Institution, to be returned to the Clerk for processing and note as such on the Court's docket report. Plaintiff shall then have twenty days from service of the summons in which to

1

return the summons forms to the Court. If Plaintiff does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED that:**

The Clerk of this Court is instructed to mail three summons forms to Plaintiff to be returned to the Clerk for processing and note as such on the docket report. The summons forms shall be mailed to Lanesboro Correctional Institution, which appears to be Plaintiff's current address. Plaintiff shall then have twenty days from service of the summons in which to return the summons forms to the Court. <u>If Plaintiff does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.</u>

Frank D. Whitney
Chief United States District Judge