**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-127-FDW**

| | |
|---|---|
| **GEORGE VICTOR STOKES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **K. JOHNSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Amend/Correct Complaint, (Doc. No. 24), and on Plaintiff's Motion to Liberally Construe, (Doc. No. 25). Plaintiff's motions will be granted to the extent that Plaintiff seeks to amend the Complaint to clarify that Defendants' full names are Kurt Johnson, Thomas Plummer, and Felicia McAdoo. Furthermore, to the extent that Plaintiff seeks to have this Court construe his Complaint or Amended Complaint liberally because he is a pro se Plaintiff, the motion is granted. To the extent that Plaintiff seeks to amend his Complaint to add new claims, Plaintiff must submit a proposed Amended Complaint that alleges all claims against all Defendants. In other words, Plaintiff may not amend his Complaint in piecemeal fashion. That is, any Amended Complaint supersedes the original Complaint, meaning that if an amended Complaint omits claims raised in the original Complaint, the plaintiff has waived the omitted claims. Young v. City of Mt. Ranier, 238 F.3d 567 (4th Cir. 2001).

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Amend and his Motion to Liberally Construe, (Doc. Nos. 24,

25), are **GRANTED** in accordance with this order.

Signed: April 21, 2017

Frank D. Whitney
Chief United States District Judge