IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-127-GCM

| | |
|---|---|
| GEORGE VICTOR STOKES, | ) |
|     Plaintiffs, | ) |
| v. | )    **ORDER** |
| K. JOHNSON, | ) |
|     Defendant. | ) |

THIS MATTER is before the Court on its own motion.

IT IS ORDERED that the trial in this matter is set for **Monday, August 27, 2018, at 10:00 a.m.** before the Honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte, Courthouse, 401 W. Trade Street, Charlotte, North Carolina, in Courtroom #2-2.

**IT IS SO ORDERED.**

Signed: May 14, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge