UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-127-GCM

| GEORGE VICTOR STOKES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| K. JOHNSON, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's Motion for an Order authorizing Plaintiff to be deposed in prison pursuant to Rule 30(a)(2)(b) of the Federal Rules of Civil Procedure.[1] (Doc. No. 71). The motion is granted. Defendant may take Plaintiff's deposition at the Alexander Correctional Institution on a time agreed to by counsel and Alexander Correctional Institution officials.

Signed: September 10, 2018

Graham C. Mullen
United States District Judge

---

[1] The Court previously granted a prior motion by Defendant to take Plaintiff's deposition while Plaintiff was incarcerated at Cherokee County Detention Center. Because Plaintiff has been transferred to Alexander, Defendant has filed a new motion.

1